## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SGSM ACQUISITION COMPANY, LLC | CASE NO. 99-13073 |
| DEBTOR | SECTION "A" |
| R. PATRICK SHARP, III, LIQUIDATION AGENT | |

## CORRECTION TO MATRIX

    /s/ Linda A. Faucheux
Linda A. Faucheux
Douglas S. Draper (LA Bar No. 5073)
Heller, Draper, Hayden, Patrick & Horn LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: (504) 581-9595
Facsimile: (504) 525-3761

02642.17462/130378 v.1

**DELETION:**

IBM Credit Corporation
c/o J. Michael McBride
301 Commerce Street
Suite 1210, City Center Tower II
Fort Worth, TX 76102


**ADDITION:**

IBM Corporation
IBM Credit Corporation
c/o J. Michael McBride, P.C.
777 Main Street, Suite 1150
Fort Worth, TX 76102