$159,838.19
deposited to 604BK on
730 Creditors
on
#99-13073
See list attached
deposited
8/1/08

| | |
|---|---|
| R. PATRICK SHARP, III LIQUIDATING AGENT<br>SGSM ACQUISITION COMPANY, LLC<br>2439 MANHATTAN BLVD., STE. 205<br>HARVEY, LOUISIANA 70058 | 2167<br>FIRST BANK AND TRUST<br>14-228/650<br>7/31/2008 |

PAY TO THE ORDER OF ___Clerk of US Bankruptcy Court___  $ **159,838.19

One Hundred Fifty-Nine Thousand Eight Hundred Thirty-Eight and 19/100************************************ DOLLARS

Clerk of US Bankruptcy Court

Case No. 99-13073 Unclaimed

⑆00 2 1 6 7⑆ ⑉0 6 5 0 0 2 2 8 9⑉ 6 3 0 ⑊0 2 5 2 ⑊

#99-13073
SGSM Acquisition Co., LLC

# SGSM ACQUISITION COMPANY, LLC
# CASE #99-13073
# OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | A TO Z PAPER CO., INC. | POST OFFICE BOX 50725 NEW ORLEANS, LA 70150 | -0.57 |
| 06/07/2007 | ABITA WATER COMPANY INC. | C/O CECILY SALLEY POST OFFICE BOX 3594 COVINGTON, LA 70434 | -72.90 |
| 06/07/2007 | ABITA WATER COMPANY INC. | C/O CECILY SALLEY POST OFFICE BOX 3594 COVINGTON, LA 70434 | -118.02 |
| 07/28/2005 | ACCURATE FORMS & SUPPLIES | 8204 ELMBROOK DRIVE SUITE 360 DALLAS, TX 75247 | -45.11 |
| 06/07/2007 | ACME LOCK CO., INC. | 7219 WASHINGTON AVENUE NEW ORLEANS, LA 70125 | -1.05 |
| 07/28/2005 | ADAMS, JAMES | | -3.47 |
| 06/07/2007 | ADAMS, JAMES | | -0.32 |
| 07/28/2005 | ADEPT SILK SCREEN CO. | 3312 SO. COMPTON AVENUE ST. LOUIS, MO 63118 | -16.48 |
| 06/07/2007 | ADSOUND INC. | 818 HOWARD AVENUE SUITE 400 NEW ORLEANS, LA 70113 | -32.64 |
| 07/28/2005 | AGR COMPUTING INC. | 349 S. CENTRAL AVENUE WOOD DALE, IL 60191 | -30.37 |
| 06/07/2007 | AGR COMPUTING INC. | 349 S. CENTRAL AVENUE WOOD DALE, IL 60191 | -2.84 |
| 07/28/2005 | AGRIPAC, INC. | POST OFFICE BOX 5346 SALEM, OR 97304 | -181.32 |
| 07/28/2005 | AGRIPAC, INC. | POST OFFICE BOX 5346 SALEM, OR 97304 | -1,095.76 |
| 06/07/2007 | AGRIPAC, INC. | POST OFFICE BOX 5346 SALEM, OR 97304 | -16.93 |
| 06/07/2007 | AGRIPAC, INC. | POST OFFICE BOX 5346 SALEM, OR 97304 | -102.31 |
| 06/07/2007 | ALL BRITE SWEEPERS | VACUUM SERVICE POST OFFICE BOX 1724 KENNER, LA 70063 | -16.28 |
| 07/28/2005 | ALPINE PLASTICS INC. | POST OFFICE BOX 15179 NEW ORLEANS, LA 70175 | -551.78 |
| 06/07/2007 | ALPINE PLASTICS INC. | POST OFFICE BOX 15179 NEW ORLEANS, LA 70175 | -51.60 |
| 07/28/2005 | AMERICAN COFFEE CO INC | C/O DAVID F. WAGUESPACK 601 POYDRAS STREET SUITE 2100 | -438.13 |
| 06/07/2007 | ANCO FOODS | ATTN: LESLIE RICHMOND 149 NEW DUTCH LANE FAIRFIELD, NJ 07004 | -105.30 |
| 06/07/2007 | ANDERSON, BERNADETTE | COSSE & COSSE 1130 ST. CHARLES AVENUE NEW ORLEANS, LA 70130 | -39.12 |
| 07/28/2005 | ANDERSON, DAN | | -13.88 |
| 06/07/2007 | ANDERSON, DAN | | -1.30 |
| 06/07/2007 | ANDERSON-GEMCO GULF COAST NEWS | 1444 14TH STREET GULFPORT, MS 39501 | -1,268.27 |
| 06/07/2007 | ARTHUR ANDERSEN LLP | POST OFFICE BOX 730275 DALLAS, TX 75373 | -560.22 |
| 07/28/2005 | ATC INC. | #73 27TH STREET KENNER, LA 70062 | -42.51 |
| 06/07/2007 | ATC INC. | #73 27TH STREET KENNER, LA 70062 | -3.97 |
| 07/28/2005 | AUSTIN'S CAJUN SMOKE FACTORY | POST OFFICE BOX 1569 GRAY, LA 70359 | -52.92 |
| 06/07/2007 | AUSTIN'S CAJUN SMOKE FACTORY | POST OFFICE BOX 1569 GRAY, LA 70359 | -4.94 |
| 06/07/2007 | BALLOONS EVERYWHERE | 4658 AIRPORT BOULEVARD MOBILE, AL 36608-3155 | -90.00 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | BANA PARTS INC. | POST OFFICE BOX 23388 HARAHAN, LA 70183 | -12.47 |
| 06/07/2007 | BARBE'S DAIRY, CO. | POST OFFICE BOX 186 WESTWEGO, LA 70096 | -671.52 |
| 07/28/2005 | BATON ROUG | | -1,104.43 |
| 06/07/2007 | BATON ROUG | | -103.12 |
| 07/28/2005 | BAUSCH & LOMB - SOFLENS DIVISION | ATTN: MARK DENNIS 1400 NORTH GOODMAN STREET ROCHESTER, NY 14609 | -474.57 |
| 06/07/2007 | BENNER RESEARCH GROUP, INC. | 9115 SW OLESON ROAD, SUITE 202 PORTLAND, OR 97223 | -21.71 |
| 07/28/2005 | BEV REPR | | -6.94 |
| 06/07/2007 | BEV REPR | | -0.65 |
| 07/28/2005 | BOSTON DIRECT LOBSTERS | 1501 WHITNEY AVENUE GRETNA, LA 70056 | -21.69 |
| 06/07/2007 | BOSTON DIRECT LOBSTERS | 1501 WHITNEY AVENUE GRETNA, LA 70056 | -2.03 |
| 07/28/2005 | BPE INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET SUITE 2300 | -4,259.83 |
| 06/07/2007 | BPE INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET SUITE 2300 | -397.81 |
| 06/07/2007 | BRACKENS, DEBORAH | C/O ROBERT HUGHES 610 NORTH CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -13.69 |
| 07/28/2005 | BROWNE, SLATER D | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -6.94 |
| 06/07/2007 | BROWNE, SLATER D | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -0.65 |
| 06/07/2007 | BUCK CONSULTANTS INC. | POST OFFICE BOX 93194 CHICAGO, IL 60673-3194 | -5.51 |
| 06/07/2007 | BUGGY RECOVERY SERVICE | 6023 MARIGNY STREET NEW ORLEANS, LA 70122 | -34.43 |
| 06/07/2007 | BURGE, DEBORAH | 6115 W KEMPER STREET BAY ST. LOUIS, MS 39520-8244 | -2.51 |
| 07/28/2005 | BUSINESS SOUND INC. | 4616 FAIRFIELD STREET METAIRIE, LA 70006 | -19.09 |
| 06/07/2007 | BUSINESS SOUND INC. | 4616 FAIRFIELD STREET METAIRIE, LA 70006 | -1.78 |
| 07/28/2005 | BUTLER, BERNARD | | -31.23 |
| 06/07/2007 | BUTLER, BERNARD | | -2.92 |
| 07/28/2005 | BUZALI, JACK | | -19.95 |
| 06/07/2007 | BUZALI, JACK | | -1.86 |
| 07/28/2005 | CABLE & WIRELESS, INC. | POST OFFICE BOX 371968 PITTSBURGH, PA 15250-7968 | -118.86 |
| 07/28/2005 | CALLAWAY CLEAN SWEEP | POST OFFICE BOX 7548 METAIRIE, LA 70010 | -478.91 |
| 06/07/2007 | CERTIFIED SERCURITY SYSTEMS | POST OFFICE BOX 6050 METAIRIE, LA 70009 | -11.18 |
| 07/28/2005 | CHALMETTE ELECTRIC CO., INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -348.77 |
| 06/07/2007 | CHALMETTE ELECTRIC CO., INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -32.64 |
| 07/28/2005 | CHUBS | | -281.96 |

17

# SGSM ACQUISITION COMPANY, LLC
# CASE #99-13073
# OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | CHUBS | | -26.33 |
| 07/28/2005 | CITY OF KENNER SALES TAX DEPARTMENT | 1801 WILLIAMS BOULEVARD KENNER, LA 70062 | -231.64 |
| 07/28/2005 | CITY OF WAVELAND | POST OFFICE BOX 410 WAVELAND, MS 39576-0410 | -15.62 |
| 07/28/2005 | CLEARVIEW GLASS & MIRROR CO | 226 23RD STREET UNIT #5 KENNER, LA 70062 | -75.48 |
| 06/07/2007 | CLEARVIEW GLASS & MIRROR CO | 226 23RD STREET UNIT #5 KENNER, LA 70062 | -7.05 |
| 07/28/2005 | COLEMAN, VANESSA | C/O PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -80.69 |
| 06/07/2007 | COMEAUX, GEORGIANNA | c/o IRVY E. COSSE, JR. 1130 ST. CHARLES AVENUE NEW ORLEANS, LA 70130 | -75.17 |
| 06/07/2007 | CONAGRA FROZEN FOODS | 14531 CHIMMEYWOOD BATON ROUGE, LA 70816 | -2.75 |
| 07/28/2005 | CONCORD EQUIPMENT SALES, INC. | POST OFFICE BOX 381645 GERMANTOWN, TN 38183-1645 | -216.90 |
| 06/07/2007 | CONCORD EQUIPMENT SALES, INC. | POST OFFICE BOX 381645 GERMANTOWN, TN 38183-1645 | -20.25 |
| 07/28/2005 | CONDOR CORP. | POST OFFICE BOX 189 PELHAM, AL 35124 | -183.93 |
| 06/07/2007 | CONDOR CORP. | POST OFFICE BOX 189 PELHAM, AL 35124 | -17.25 |
| 07/28/2005 | CRUMP, DEMETRIS | C/O ALONSONESHIA STEWART 821 BARONNE STREET NEW ORLEANS, LA 70113 | -112.79 |
| 06/07/2007 | CRUMP, DEMETRIS | C/O ALONSONESHIA STEWART 821 BARONNE STREET NEW ORLEANS, LA 70113 | -10.53 |
| 07/28/2005 | DAISY BRANDS INC. | | -1,072.33 |
| 06/07/2007 | DAISY BRANDS INC. | | -100.12 |
| 07/28/2005 | DANIELS, JERADINE | | -6.07 |
| 06/07/2007 | DANIELS, JERADINE | | -0.57 |
| 07/28/2005 | DANIELS, JOSEPH | 2829 ANNETTE STREET NEW ORLEANS, LA 70119 | -9.54 |
| 06/07/2007 | DANIELS, JOSEPH | 2829 ANNETTE STREET NEW ORLEANS, LA 70119 | -0.89 |
| 07/28/2005 | DATA SUPPLY CENTER | 7199 MONTGOMERY N.E. SUITE 163 ALBUQUERQUE, NM 87109 | -85.89 |
| 06/07/2007 | DATA SUPPLY CENTER | 7199 MONTGOMERY N.E. SUITE 163 ALBUQUERQUE, NM 87109 | -8.02 |
| 07/28/2005 | DEAN PICKLE | POST OFFICE BOX 2900 MEMPHIS, TN 38119 | -127.53 |
| 06/07/2007 | DEAN PICKLE | POST OFFICE BOX 2900 MEMPHIS, TN 38119 | -11.91 |
| 07/28/2005 | DEEP SOUTH BLENDERS, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -1,610.23 |
| 06/07/2007 | DEEP SOUTH BLENDERS, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -150.42 |
| 07/28/2005 | DELAUNE, DIANE | c/o THOMAS A. GENNUSA II 4405 N I-10 SERVICE ROAD SUITE 200 | -603.84 |
| 06/07/2007 | DELAUNE, DIANE | c/o THOMAS A. GENNUSA II 4405 N I-10 SERVICE ROAD SUITE 200 | -56.38 |
| 07/28/2005 | DELTA PERSONNEL INC. | c/o ALBERT J. DEERBES, IV 3027 RIDGELAKE DRIVE METAIRIE, LA 70002 | -109.32 |
| 06/07/2007 | DELTA PERSONNEL INC. | c/o ALBERT J. DEERBES, IV 3027 RIDGELAKE DRIVE METAIRIE, LA 70002 | -10.21 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 07/28/2005 | DIXIE AUTO TITLE TRANSFER | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -7.81 |
| 06/07/2007 | DIXIE AUTO TITLE TRANSFER | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -0.73 |
| 07/28/2005 | DUGAS PEST CONTROL OF | POST OFFICE BOX 14703 BATON ROUGE, LA 70898 | -26.90 |
| 06/07/2007 | DUGAS PEST CONTROL OF | POST OFFICE BOX 14703 BATON ROUGE, LA 70898 | -2.51 |
| 07/28/2005 | DUPART, GARY F | | -14.75 |
| 06/07/2007 | DUPART, GARY F | | -1.38 |
| 07/28/2005 | DWIGHT ANALYTICS | 125 COLLEGE STREET BURLINGTON, VT 05401 | -682.79 |
| 06/07/2007 | DWIGHT ANALYTICS | 125 COLLEGE STREET BURLINGTON, VT 05401 | -63.75 |
| 07/28/2005 | EAGAN, SUSAN | | -3.47 |
| 06/07/2007 | EAGAN, SUSAN | | -0.32 |
| 06/07/2007 | EDWARDS EQUIPMENT SALES, INC. | POST OFFICE BOX 19459 BIRMINGHAM, AL 35219 | -37.34 |
| 07/28/2005 | ENVIRONMENTAL CHEMCIALS & JANITORIAL SVS | 345 BUCK STURAT ROAD POPLARVILLE, MS 39470 | -631.60 |
| 06/07/2007 | ENVIRONMENTAL CHEMCIALS & JANITORIAL SVS | 345 BUCK STURAT ROAD POPLARVILLE, MS 39470 | -58.97 |
| 06/07/2007 | ENVOY CORPORATION | POST OFFICE BOX 930114 ATLANTA, GA 31193 | -2.27 |
| 06/07/2007 | EXPRESS COMPUTER SUPPLY INC. | POST OFFICE BOX 10 KENNER, LA 70063-0010 | -5.83 |
| 07/28/2005 | FERRIER, ROBERT | | -6.07 |
| 06/07/2007 | FERRIER, ROBERT | | -0.57 |
| 07/28/2005 | FLOOR EQUIPMENT SERVICES COMPANY | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -75.48 |
| 06/07/2007 | FLOOR EQUIPMENT SERVICES COMPANY | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -7.05 |
| 07/28/2005 | G. H LEIDENHEIMBER BAKING CO., LTD | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLC 909 POYDRAS STREET, SUITE 2300 | -1,276.21 |
| 06/07/2007 | G. H LEIDENHEIMBER BAKING CO., LTD | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLC 909 POYDRAS STREET, SUITE 2300 | -119.16 |
| 06/07/2007 | G. H LEIDENHEIMBER BAKING CO., LTD | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLC 909 POYDRAS STREET, SUITE 2300 | -29.16 |
| 06/07/2007 | G. H LEIDENHEIMBER BAKING CO., LTD | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLC 909 POYDRAS STREET, SUITE 2300 | -312.33 |
| 07/28/2005 | GENERAL CIGAR & TOBACCO | | -119.73 |
| 06/07/2007 | GENERAL CIGAR & TOBACCO | | -11.18 |
| 07/28/2005 | GENICOM CORPORATION | POST OFFICE BOX 277871 ATLANTA, GA 30384-7871 | -3.47 |
| 06/07/2007 | GENICOM CORPORATION | POST OFFICE BOX 277871 ATLANTA, GA 30384-7871 | -0.32 |
| 07/28/2005 | GILLARD, CLARENCE, J. | | -12.15 |
| 06/07/2007 | GILLARD, CLARENCE, J. | | -1.13 |
| 07/28/2005 | GILYOT, DANIELLE | MILDRED OSBORNE SCHOOL 6701 CURRAN BOULEVARD NEW ORLEANS, LA 70126 | -6.07 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
### OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | GILYOT, DANIELLE | MILDRED OSBORNE SCHOOL 6701 CURRAN BOULEVARD NEW ORLEANS, LA 70126 | -0.57 |
| 07/28/2005 | GOMEZ, JOSEFA | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -483.24 |
| 07/28/2005 | GREEN, WILLIE | | -6.07 |
| 06/07/2007 | GREEN, WILLIE | | -0.57 |
| 07/28/2005 | GREY, MANCEL | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -50.32 |
| 06/07/2007 | GUICE, ANNIE | L.D. CROCKER SCHOOL 2300 GENERAL TAYLOR STREET NEW ORLEANS, LA 70115 | -0.57 |
| 07/28/2005 | GUIZLO, JAMES | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -270.69 |
| 07/28/2005 | GULF COAST BUILDING SERVICES, INC. | C/O WILLIAM C. GAMBLE 909 POYDRAS STREET SUITE 2300 | -1,191.19 |
| 06/07/2007 | GULF COAST BUILDING SERVICES, INC. | C/O WILLIAM C. GAMBLE 909 POYDRAS STREET SUITE 2300 | -111.22 |
| 06/07/2007 | GUSS, ZELDA | 7815 SAND STREET NEW ORLEANS, LA 70128 | -18.79 |
| 06/07/2007 | H & L CONSTRUCTION & | 68417 JANICE AVENUE COVINGTON, LA 70433 | -4.13 |
| 07/28/2005 | HAGEMEYER DISTRIBUTION, INC. | 100 GALLERIA PARKWAY ATLANTA, GA 30339 | -28,890.50 |
| 07/28/2005 | HARGROVE, SIMON B | | -6.07 |
| 06/07/2007 | HARGROVE, SIMON B | | -0.57 |
| 06/07/2007 | HDA DEGREASERS, INC. | POST OFFICE BOX 19813 NEW ORLEANS, LA 70179 | -13.12 |
| 01/18/2007 | Heller, Draper et al | | -314.59 |
| 02/16/2007 | Heller, Draper et al | | -187.24 |
| 07/28/2005 | HERBERT, ROBIN | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -60.73 |
| 06/07/2007 | HILL, ALAN | 3641 MARTINIQUE AVENUE APT. #A KENNER, LA 70065 | -10.77 |
| 06/07/2007 | HOLMES, WILLIAM | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -16.04 |
| 07/28/2005 | HONEYWELL PROTECTION SERVICES | 2314 N. CAUSEWAY METAIRIE, LA 70001 | -819.00 |
| 06/07/2007 | HUSSMAN CORPORATION | POST OFFICE BOX 101959 ATLANTA, GA 30392-1959 | -391.65 |
| 07/28/2005 | JACKSON, FLOYD | | -47.72 |
| 06/07/2007 | JACKSON, FLOYD | | -4.46 |
| 07/28/2005 | JACKSON, RICKY | | -7.81 |
| 06/07/2007 | JACKSON, RICKY | | -0.73 |
| 07/28/2005 | JACKSON, SIDNEY | | -3.47 |
| 06/07/2007 | JACKSON, SIDNEY | | -0.32 |
| 07/28/2005 | JACQUE, WAYNE | | -10.41 |
| 06/07/2007 | JACQUE, WAYNE | | -0.97 |

18

# SGSM ACQUISITION COMPANY, LLC
# CASE #99-13073
# OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 07/28/2005 | JEANNE DE LA HOUSSAYE ILLUSTRATIONS | 400 NORTH PETERS STREET NEW ORLEANS, LA 70130 | -38.17 |
| 07/28/2005 | JOHNSTON, ANDREA | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -603.84 |
| 06/07/2007 | JOHNSTON, ANDREA | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -56.38 |
| 07/28/2005 | JONES, LAWERENCE | | -7.81 |
| 06/07/2007 | JONES, LAWERENCE | | -0.73 |
| 07/28/2005 | KEEBLER COMPANY | 745 LARCH ELMHURST, IL 60126 | -7,848.15 |
| 06/07/2007 | KEEBLER COMPANY | 745 LARCH ELMHURST, IL 60126 | -733.00 |
| 06/07/2007 | KEMSLEY, MARILEA | c/o MARK SHEA 132 N. TELEMACHUS STREET NEW ORLEANS, LA 70119 | -5.67 |
| 06/07/2007 | KINKO'S INC. | ATTN: ADRIENNE MEJIA 1000 TOWN CENTER DRIVE #400 | -5.83 |
| 06/07/2007 | KNOLL LABORATORIES | 300 CONTINENTAL DRIVE NORTH MOUNT OLIVE NJ 07828 | -7.29 |
| 07/28/2005 | L & A PLASTICS INC | POST OFFICE BOX 13553 NEW ORLEANS, LA 70185 | -2.60 |
| 06/07/2007 | L & A PLASTICS INC | POST OFFICE BOX 13553 NEW ORLEANS, LA 70185 | -0.24 |
| 07/28/2005 | LABOR READY, INC. | 1016 SOUTH 28TH STREET TACOMA, WA 98409 | -5.21 |
| 07/28/2005 | LAMOTHE, HERMAN | | -9.54 |
| 06/07/2007 | LAMOTHE, HERMAN | | -0.89 |
| 07/28/2005 | LANDRY, JR., JAMES | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -2.60 |
| 06/07/2007 | LANDRY, JR., JAMES | 5300 OLD GENTILLY ROAD NEW ORLEANS, LA 70126 | -0.24 |
| 07/28/2005 | LANDRY, REGINALD | | -15.62 |
| 06/07/2007 | LANDRY, REGINALD | | -1.46 |
| 07/28/2005 | LEAROYD PACKING (USA) INC. | 1079 CAMBRIDGE SQUARE SUITE D ALPHARETTA, GA 30004 | -121.46 |
| 06/07/2007 | LEAROYD PACKING (USA) INC. | 1079 CAMBRIDGE SQUARE SUITE D ALPHARETTA, GA 30004 | -11.34 |
| 07/28/2005 | LEE, III, GEORGE | | -4.34 |
| 06/07/2007 | LEE, III, GEORGE | | -0.41 |
| 07/28/2005 | LEGE, MICKEY | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -120.59 |
| 07/28/2005 | LONZO, MARY | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -137.95 |
| 06/07/2007 | LONZO, MARY | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -12.88 |
| 06/07/2007 | LOUISIANA GAS SERVICE | C/O HARRY HOLLADAY 1100 POYDRAS STREET SUITE 2300 | -15.15 |
| 07/28/2005 | LOUISIANA PRIDE SEAFOOD, INC. | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLP 909 POYDRAS STREET, SUITE 2300 | -8,062.45 |
| 06/07/2007 | LOUISIANA PRIDE SEAFOOD, INC. | c/o WILLIAM C. GAMBEL, ESQ. MILLING BENSON WOODWARD, LLP 909 POYDRAS STREET, SUITE 2300 | -753.09 |

20

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | LUBRIPORT LABS | 1650 AIRLINE DRIVE KENNER, LA 70062 | -0.08 |
| 07/28/2005 | LYONS, RAYNARD | | -9.54 |
| 06/07/2007 | LYONS, RAYNARD | | -0.89 |
| 06/07/2007 | M.L. WEEKS COMPANY | C/O BARRY TILLMAN POST OFFICE BOX 1711 ALEXANDRIA, LA 71309 | -27.38 |
| 07/28/2005 | MANDRAIN LAFAYETTE | c/o LISA SOLOMON 1010 COMMON STREET SUITE 2950 | -241.19 |
| 06/07/2007 | MANDRAIN LAFAYETTE | c/o LISA SOLOMON 1010 COMMON STREET SUITE 2950 | -22.52 |
| 07/28/2005 | MARCHESE, GARY | | -12.15 |
| 06/07/2007 | MARCHESE, GARY | | -1.13 |
| 07/28/2005 | MARCHETTA, NICHOLAS | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -39.91 |
| 07/28/2005 | MARTIN BROTHERS SEAFOOD | 258 SALA AVENUE WESTWEGO LA 70094 | -59.86 |
| 06/07/2007 | MARTIN BROTHERS SEAFOOD | 258 SALA AVENUE WESTWEGO LA 70094 | -5.59 |
| 07/28/2005 | MELLON US LEASING | 524 MARKET STREET 35TH FL, MAIL 130 SAN FRANCISCO, CA 94105 | -274.16 |
| 06/07/2007 | MELLON US LEASING | 524 MARKET STREET 35TH FL, MAIL 130 SAN FRANCISCO, CA 94105 | -25.60 |
| 07/28/2005 | MELTON, NALANDER | | -22.56 |
| 06/07/2007 | MELTON, NALANDER | | -2.11 |
| 07/28/2005 | MEMTEK PRO | | -3.47 |
| 06/07/2007 | MEMTEK PRO | | -0.32 |
| 06/07/2007 | METH OCC/IND MED CLINIC | POST OFFICE BOX 54599 NEW ORLEANS, LA 70154 | -0.41 |
| 06/07/2007 | MOBILECOMM | POST OFFICE BOX 4376 CAROL STREAM, IL 60197-4376 | -0.32 |
| 06/07/2007 | MONARCH MARKING SYSTEMS | POST OFFICE BOX 1815 DAYTON, OH 45401 | -4.70 |
| 08/03/2005 | MOORE, ANDREW LEE | 14440 DWYER BOULEVARD NEW ORLEANS, LA 70129 | -3,544.00 |
| 07/28/2005 | MOORE, EDITH | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -190.87 |
| 06/07/2007 | MOORE, EDITH | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -17.82 |
| 07/28/2005 | MORALES-HERMAN, CARMEN | PIERRE GUADIN POST OFFICE BOX 156 GRETNA, LA 70054 | -321.87 |
| 07/28/2005 | MORTON, BARRET | | -20.82 |
| 06/07/2007 | MORTON, BARRET | | -1.94 |
| 06/07/2007 | MOTHER'S COOKIES | POST OFFICE BOX 845665 DALLAS, TX 75284-5665 | -58.81 |
| 07/28/2005 | MUNGIA, TIFFANY | | -112.79 |
| 07/28/2005 | MUSTANG FOODS | | -514.48 |
| 06/07/2007 | MUSTANG FOODS | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -48.04 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 07/28/2005 | MW KASCH COMPANY | c/o PAUL LUCEY P. O. BOX 500 MILWAUKEE, WI 53259-0500 | -2,443.11 |
| 06/07/2007 | MW KASCH COMPANY | c/o PAUL LUCEY P. O. BOX 500 MILWAUKEE, WI 53259-0500 | -228.19 |
| 06/07/2007 | NEUTROGENA CORP. | C/O JOHNSON AND JOHNSON POST OFFICE BOX 406509 ATLANTA GA 30384-6509 | -5.35 |
| 06/07/2007 | NEW AGE BEVERAGES | 2810 TOULOUSE STREET NEW ORLEANS, LA 70119 | -13.61 |
| 06/07/2007 | NEW AGE BEVERAGES | 2810 TOULOUSE STREET NEW ORLEANS, LA 70119 | -59.70 |
| 06/07/2007 | NEW LOOK PRESSURE WASHING | 1006 BARTHOLOMEW STREET NEW ORLEANS, LA 70117 | -6.08 |
| 07/28/2005 | NEW ORLEANS FISH HOUSE, INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET SUITE 2300 | -2,509.92 |
| 06/07/2007 | NEW ORLEANS FISH HOUSE, INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET SUITE 2300 | -234.42 |
| 06/07/2007 | NORTHLAND CRANBERRIES, INC. | POST OFFICE BOX 8020 WISCONSIN RAPIDS, WI 54495-8020 | -33.54 |
| 07/28/2005 | NOZAKI AMERICA INC. | 900 FOURTH AVENUE, #3031 SEATTLE WA 98164 | -407.76 |
| 06/07/2007 | NOZAKI AMERICA INC. | 900 FOURTH AVENUE, #3031 SEATTLE WA 98164 | -38.07 |
| 07/28/2005 | O'BRIEN TEMPORARY HOUSING | 4713 CANAL STREET NEW ORLEANS, LA 70119 | -176.99 |
| 06/07/2007 | O'BRIEN TEMPORARY HOUSING | 4713 CANAL STREET NEW ORLEANS, LA 70119 | -16.52 |
| 07/28/2005 | OFFICE OF FINANCIAL INSTITUTION | POST OFFICE BOX 94095 BATON ROUGE, LA 70804 | -26.90 |
| 07/28/2005 | ONSTOTT, JEFFERY | | -7.81 |
| 06/07/2007 | ONSTOTT, JEFFERY | | -0.73 |
| 07/28/2005 | P.S.I. ENVIRONMENTAL SERVICES | 510 E 22ND STREET LOMBARD, IL 60148 | -51.19 |
| 06/07/2007 | P.S.I. ENVIRONMENTAL SERVICES | 510 E 22ND STREET LOMBARD, IL 60148 | -4.78 |
| 06/07/2007 | PAGE, NATHANIEL | IRVY E. COSSE III 1130 ST. CHARLES AVENUE NEW ORLEANS, LA 70130 | -67.64 |
| 07/28/2005 | PAGING NETWORK OF LOUISIANA IN | OFFICE 018 POST OFFICE BOX 672097 DALLAS, TX 75267-2097 | -8.68 |
| 06/07/2007 | PAGING NETWORK OF LOUISIANA IN | OFFICE 018 POST OFFICE BOX 672097 DALLAS, TX 75267-2097 | -0.81 |
| 07/28/2005 | PAPEL GIFTWARE | ATTN: DONNA SMITH 29 ENGELHARD DRIVE CRANBURY, NY 08512-3721 | -709.68 |
| 06/07/2007 | PAPEL GIFTWARE | ATTN: DONNA SMITH 29 ENGELHARD DRIVE CRANBURY, NY 08512-3721 | -66.26 |
| 07/28/2005 | PARAGON TRADE BRANDS | 180 TECHNOLOGY PARKWAY NORCROSS GA 30092 | -717.49 |
| 06/07/2007 | PARAGON TRADE BRANDS | 180 TECHNOLOGY PARKWAY NORCROSS GA 30092 | -67.07 |
| 07/28/2005 | PATTON SAUSAGE COMPANY, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -1,610.23 |
| 06/07/2007 | PATTON SAUSAGE COMPANY, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -150.42 |
| 07/28/2005 | PATTON SAUSAGE COMPANY, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -178.37 |
| 06/07/2007 | PATTON SAUSAGE COMPANY, INC. | c/o WILLIAM C. GAMBEL 909 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LA 70112 | -1,910.42 |
| 07/28/2005 | PEOPLE'S SUPPLY COMPANY | 12308 WINDWARD DRIVE GULFPORT, MS 39503 | -6.07 |

# SGSM ACQUISITION COMPANY, LLC
# CASE #99-13073
# OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 07/28/2005 | PEPPERIDGE FARMS, INC. | POST OFFICE BOX 95086 CHICAGO, IL 60694 | -3,929.28 |
| 07/28/2005 | PHARMACY FUND RECEIVABLES, INC. | ATTN: MARC E. RICHARDS 40 WEST 57TH STREET NEW YORK, NY 10019-4097 | -17,711.70 |
| 06/07/2007 | PHARMACY FUND RECEIVABLES, INC. | ATTN: MARC E. RICHARDS 40 WEST 57TH STREET NEW YORK, NY 10019-4097 | -1,654.26 |
| 07/28/2005 | PHARMAVITE PHARMACEUTICAL | | -92.83 |
| 06/07/2007 | PHARMAVITE PHARMACEUTICAL | | -8.67 |
| 07/28/2005 | PINKERTON SYSTEMS INTEGRATION | POST OFFICE BOX 23624 HARAHAN, LA 70183 | -6.07 |
| 06/07/2007 | PINKERTON SYSTEMS INTEGRATION | POST OFFICE BOX 23624 HARAHAN, LA 70183 | -0.57 |
| 07/28/2005 | PIZANI, GARY | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -161.37 |
| 07/28/2005 | POS RIBBON SUPPLY INC. | 1806 W. STASSNEY LANE SUITE 106 AUSTIN, TX 78745 | -8.68 |
| 06/07/2007 | POS RIBBON SUPPLY INC. | 1806 W. STASSNEY LANE SUITE 106 AUSTIN, TX 78745 | -0.81 |
| 03/07/2006 | Postmaster-Metairie | | -124.00 |
| 07/28/2005 | POUNDS, JEROME | | -5.21 |
| 06/07/2007 | POUNDS, JEROME | | -0.49 |
| 07/28/2005 | PRATHER, EDWARD | | -10.41 |
| 06/07/2007 | PRATHER, EDWARD | | -0.97 |
| 07/28/2005 | PRESIDENT BAKING CO., INC. | LOCK BOX 930455 ATLANTA, GA 31193 | -2,203.66 |
| 07/28/2005 | PRESIDENT BAKING CO., INC. | LOCK BOX 930455 ATLANTA, GA 31193 | -1,548.64 |
| 06/07/2007 | PRESIDENT BAKING CO., INC. | LOCK BOX 930455 ATLANTA, GA 31193 | -205.83 |
| 06/07/2007 | PRESIDENT BAKING CO., INC. | LOCK BOX 930455 ATLANTA, GA 31193 | -144.59 |
| 07/28/2005 | PROFESSIONAL MAINTENANCE OF NEW ORLEANS | POST OFFICE BOX 15549 NEW ORLEANS, LA 70175 | -285.43 |
| 06/07/2007 | PROFESSIONAL MAINTENANCE OF NEW ORLEANS | POST OFFICE BOX 15549 NEW ORLEANS, LA 70175 | -26.73 |
| 07/28/2005 | QUITANA, ELVIRA | 2825 BANK STREET NEW ORLEANS, LA 70119 | -212.56 |
| 06/07/2007 | R.S. INSTALLATION | POST OFFICE BOX 1721 KENNER, LA 70063 | -4.54 |
| 07/28/2005 | RADIOFONE | POST OFFICE BOX 60135 NEW ORLEANS, LA 70160-0135 | -8.68 |
| 07/28/2005 | RADIOFONE | POST OFFICE BOX 60135 NEW ORLEANS, LA 70160-0135 | -93.70 |
| 06/07/2007 | RADIOFONE | POST OFFICE BOX 60135 NEW ORLEANS, LA 70160-0135 | -0.81 |
| 06/07/2007 | RADIOFONE | POST OFFICE BOX 60135 NEW ORLEANS, LA 70160-0135 | -8.75 |
| 07/28/2005 | RALSTON PURINA | 3787 HAVENMIST COVE SUWANNE, GA 30174 | -34.70 |
| 06/07/2007 | RALSTON PURINA | 3787 HAVENMIST COVE SUWANNE, GA 30174 | -3.24 |
| 07/28/2005 | RAYMOND, ORION | | -22.56 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | RAYMOND, ORION | | -2.11 |
| 07/28/2005 | RECOVERY TECHNOLOGIES, INC. | 3619 EAST THOMAS ROAD SUITE B206 PHOENIX, AR 85018 | -18.22 |
| 06/07/2007 | RECOVERY TECHNOLOGIES, INC. | 3619 EAST THOMAS ROAD SUITE B206 PHOENIX, AR 85018 | -1.70 |
| 07/28/2005 | REGAN, HAZEL | RHETT M. POWERS 320 N. CARROLTON AVE SUITE 200 | -382.60 |
| 07/28/2005 | RICHARD'S GRASS CUTTING SERVICE | 4315 ANNUNCIATION STREET NEW ORLEANS, LA 70115 | -2.60 |
| 06/07/2007 | RICHARD'S GRASS CUTTING SERVICE | 4315 ANNUNCIATION STREET NEW ORLEANS, LA 70115 | -0.24 |
| 07/28/2005 | RICHARDSON, TYLUS | | -3.47 |
| 06/07/2007 | RICHARDSON, TYLUS | | -0.32 |
| 07/28/2005 | RICHMOND PRINTING | 737 PHOSPHOR LANE METAIRIE, LA 70005 | -629.87 |
| 06/07/2007 | RICHMOND PRINTING COMPANY, INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, STE 2300 NEW ORLEANS, LA 70112 | -58.81 |
| 07/28/2005 | RIVER ROAD | DIV. OF BOLNER'S FIESTA PRODUCTS POST OFFICE BOX 23761 RIVER RIDGE, LA 70183-0761 | -127.53 |
| 06/07/2007 | RIVER ROAD | DIV. OF BOLNER'S FIESTA PRODUCTS POST OFFICE BOX 23761 RIVER RIDGE, LA 70183-0761 | -11.91 |
| 06/07/2007 | ROBERSON POSTAGE | 3009 LAUSAT STREET METAIRIE, LA 70001 | -31.19 |
| 07/28/2005 | ROBERTSON, GEORGE | 2059 MURABEAY AVENUE NEW ORLEANS, LA 70122 | -12.15 |
| 06/07/2007 | ROBERTSON, GEORGE | 2059 MURABEAY AVENUE NEW ORLEANS, LA 70122 | -1.13 |
| 07/28/2005 | ROBERTSON, RACHEL | | -8.68 |
| 06/07/2007 | ROBERTSON, RACHEL | | -0.81 |
| 07/28/2005 | ROBERTSON, SIDNEY | | -13.01 |
| 06/07/2007 | ROBERTSON, SIDNEY | | -1.22 |
| 07/28/2005 | ROSS, EMANUEL | | -15.62 |
| 06/07/2007 | ROSS, EMANUEL | | -1.46 |
| 06/07/2007 | ROY WALTERS PROVISIONS CO., INC. | DAVID NEEB 3525 N. CAUSEWAY BOULEVARD SUITE 701 | -283.27 |
| 06/07/2007 | SCHEHR, TIFFANY | c/o JAY M. NAPOLITAO 10001 LAKE FOREST BLVD., STE. 702 NEW ORLEANS, LA 70127 | -16.28 |
| 07/28/2005 | SCHNEXNAYDER'S ACADIAN FOODS, INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, STE 2300 NEW ORLEANS, LA 70112 | -982.97 |
| 06/07/2007 | SCHNEXNAYDER'S ACADIAN FOODS, INC. | c/o WILLIAM C. GAMBEL, ESQ. 909 POYDRAS STREET, STE 2300 NEW ORLEANS, LA 70112 | -91.86 |
| 07/28/2005 | SCHWEGMANN GIANT SUPERMARKET | POST OFFICE 305 METAIRIE, LA 70004 | -412.10 |
| 06/07/2007 | SCHWEGMANN GIANT SUPERMARKET | POST OFFICE 305 METAIRIE, LA 70004 | -38.48 |
| 06/07/2007 | SELIG CHEMICAL IND | POST OFFICE BOX 29149 NEW ORLEANS, LA 70189 | -0.49 |
| 07/28/2005 | SERVICE CARBONIC CO., INC. | POST OFFICE BOX 23248 HARAHAN, LA 70183 | -10.41 |
| 06/07/2007 | SERVICE CARBONIC CO., INC. | POST OFFICE BOX 23248 HARAHAN, LA 70183 | -0.97 |

18

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 07/28/2005 | SEWERAGE & WATER BOARD OF N.O. | 624 ST. JOSEPH STREET NEW ORLEANS, LA 70165 | -1,196.40 |
| 06/07/2007 | SEWERAGE & WATER BOARD OF N.O. | 624 ST. JOSEPH STREET NEW ORLEANS, LA 70165 | -111.79 |
| 07/28/2005 | SILK INTERIOR | 1713 W ORCHID LN. PHOENIX, AR 85021 | -34.70 |
| 06/07/2007 | SILK INTERIOR | 1713 W ORCHID LN. PHOENIX, AR 85021 | -3.24 |
| 07/28/2005 | SIMPLE SIGNMAN, INC. | POST OFFICE BOX 351200 JACKSONVILLE, FL 32235-1200 | -52.05 |
| 06/07/2007 | SIMPLE SIGNMAN, INC. | POST OFFICE BOX 351200 JACKSONVILLE, FL 32235-1200 | -4.86 |
| 07/28/2005 | SINGLETON, TIMOTHY | 4145 MAPLE LEAF DRIVE NEW ORLEANS, LA 70131 | -72.88 |
| 06/07/2007 | SINGLETON, TIMOTHY | 4145 MAPLE LEAF DRIVE NEW ORLEANS, LA 70131 | -6.80 |
| 07/28/2005 | SLOCUM, RHONDA | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -30.37 |
| 07/28/2005 | SMART PRODUCTS, INC. | 2329 TOOMEY AVENUE CHARLOTTE, NC 28203 | -24.29 |
| 07/28/2005 | SMITH, FANNIE | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -281.96 |
| 07/28/2005 | SMITH, RICHARD | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -128.40 |
| 06/07/2007 | SMITH, RICHARD | c/o ROBERT HUGHES 610 N. CARROLLTON AVENUE NEW ORLEANS, LA 70119 | -12.07 |
| 07/28/2005 | SMITH, ROGER | | -12.15 |
| 06/07/2007 | SMITH, ROGER | | -1.13 |
| 07/28/2005 | SMITH, VINCENT | | -18.22 |
| 06/07/2007 | SMITH, VINCENT | | -1.70 |
| 06/07/2007 | SOFTWARE AG OF | POST OFFICE BOX CH10957 PALATINE, IL 60055 | -119.16 |
| 06/07/2007 | SOLID SYSTEMS, INC. | POST OFFICE BOX 4493 HOUSTON, TX 77210 | -25.92 |
| 07/28/2005 | SPEARS, FREEMAN | | -3.47 |
| 06/07/2007 | SPEARS, FREEMAN | | -0.32 |
| 07/28/2005 | SPECIALTY BRANDS | | -28,415.07 |
| 06/07/2007 | SPECIALTY BRANDS | | -2,654.00 |
| 07/28/2005 | STAFFING SOLUTION | 1305 DUBLIN STREET NEW ORLEANS, LA 70118 | -257.67 |
| 06/07/2007 | STAFFING SOLUTION | 1305 DUBLIN STREET NEW ORLEANS, LA 70118 | -24.06 |
| 07/28/2005 | STANLEY, FRANK | 740 BROCKENBRAU STREET METAIRIE, LA 70005 | -201.28 |
| 06/07/2007 | STANLEY, FRANK | 740 BROCKENBRAU STREET METAIRIE, LA 70005 | -18.79 |
| 07/28/2005 | SUBURBAN PROPANE | 10308 AIRLINE HIGHWAY ST. ROSE, LA 70087 | -24.29 |
| 06/07/2007 | SUBURBAN PROPANE | 10308 AIRLINE HIGHWAY ST. ROSE, LA 70087 | -2.27 |
| 06/07/2007 | SUPERIOR FOODS | 275 WESTGATE DRIVE WATSONVILLE, CA 95076 | -32.08 |

SGSM ACQUISITION COMPANY, LLC
CASE #99-13073
OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | SWIZZELS MATLOW | CARLTON HOUSE, ALBION ROAD NEW MILLS, HIGH DERBYSHIRE SK22 3HA UNITED KINGDOM | -23.33 |
| 07/28/2005 | SYLVE, JOE | | -12.15 |
| 06/07/2007 | SYLVE, JOE | | -1.13 |
| 07/28/2005 | TANIMRA & ANTLE | | -203.88 |
| 06/07/2007 | TANIMRA & ANTLE | | -19.04 |
| 07/28/2005 | TECHNOLOGY SALES AND | POST OFFICE BOX 101865 ATLANTA, GA 30392 | -214.29 |
| 07/28/2005 | THE CAFE | 5341 ST. CHARLES AVENUE NEW ORLEANS, LA 70115 | -32.97 |
| 06/07/2007 | THE CAFE | 5341 ST. CHARLES AVENUE NEW ORLEANS, LA 70115 | -3.08 |
| 07/28/2005 | THE GREAT SANTAROSA TRADING CO | 1435 SANTA ROSA AVE. C-3 SANTA ROSA, CA 95404 | -210.82 |
| 06/07/2007 | THE GREAT SANTAROSA TRADING CO | 1435 SANTA ROSA AVE. C-3 SANTA ROSA, CA 95404 | -19.68 |
| 06/07/2007 | THE SOURCE INFORMATION | MANAGEMENT COMPANY 3940 BROADWAY RTE 4 FAIR LAWN, NJ 07410 | -13.04 |
| 07/28/2005 | THERENCE, WHITE | | -7.81 |
| 06/07/2007 | THERENCE, WHITE | | -0.73 |
| 06/07/2007 | THIBODEAUX, GWENDOLYN | IRVY E. COSSE, III 1130 ST. CHARLES AVENUE NEW ORLEANS, LA 70130 | -42.61 |
| 07/28/2005 | TIME TREND INC. | 1316 MAYER STREET ALEXANDRIA, LA 71303 | -717.49 |
| 06/07/2007 | TIME TREND INC. | 1316 MAYER STREET ALEXANDRIA, LA 71303 | -66.99 |
| 07/28/2005 | TREGRE, CAROLYN | c/o CHARLES CIACCIO 3900 N. CAUSEWAY BOULEVARD SUITE 605 | -60.73 |
| 07/28/2005 | TRI VALLEY GROWER'S | POST OFFICE BOX 71745 CHICAGO, IL 60694 | -13.88 |
| 06/07/2007 | TRI VALLEY GROWER'S | POST OFFICE BOX 71745 CHICAGO, IL 60694 | -1.30 |
| 06/07/2007 | TURF & SURFACE VACUUMING, INC. | POST OFFICE BOX 1027 DESTREHAN, LA 70047 | -3.32 |
| 07/28/2005 | UNITED VAN LINES, INC. | POST OFFICE BOX 502597 ST. LOUIS, MO 63150-2597 | -338.36 |
| 07/28/2005 | US OFFICE PRODUCTS | DAMERSON PIERSON POST OFFICE BOX 54701 NEW ORLEANS, LA 70154-4701 | -125.80 |
| 06/07/2007 | US OFFICE PRODUCTS | DAMERSON PIERSON POST OFFICE BOX 54701 NEW ORLEANS, LA 70154-4701 | -11.75 |
| 06/07/2007 | VAUCRESSON SAUSAGE CO. | 1800 SAINT BERNARD AVENUE NEW ORLEANS, LA 70116 | -64.48 |
| 06/07/2007 | VERON PROVISION CO. INC. | POST OFFICE BOX 457 LUTCHER, LA 70071 | -8.02 |
| 07/28/2005 | VINCE'S WE | | -50.32 |
| 06/07/2007 | VINCE'S WE | | -4.70 |
| 07/28/2005 | WAITER, III, JAMES | | -3.47 |
| 06/07/2007 | WAITER, III, JAMES | | -0.32 |
| 07/28/2005 | WALTON, JR., ALVIN | | -6.07 |

# SGSM ACQUISITION COMPANY, LLC
## CASE #99-13073
## OUTSTANDING CHECKS

| Date | Name | Address | Amount |
|---|---|---|---|
| 06/07/2007 | WALTON, JR., ALVIN | | -0.57 |
| 06/07/2007 | WASHINGTON, SHARON | c/o IRVY E. COSSE, JR. 1130 ST. CHARLES AVENUE NEW ORLEANS, LA 70130 | -13.28 |
| 07/28/2005 | WATTIGNY, FLOYD | PIERRE GAUDIN POST OFFICE BOX 156 GRETNA, LA 70054 | -100.64 |
| 07/28/2005 | WATTS, LAURA | 320 N. CARROLLTON AVENUE SUITE 200 NEW ORLEANS, LA 70119-5134 | -551.78 |
| 06/07/2007 | WATTS, LAURA | 320 N. CARROLLTON AVENUE SUITE 200 NEW ORLEANS, LA 70119-5134 | -51.52 |
| 07/28/2005 | WBYU-FM | 201 ST. CHARLES AVENUE SUITE 201 NEW ORLEANS, LA 70170 | -230.78 |
| 07/28/2005 | WCKW-FM | POST OFFICE BOX 5905 METAIRIE, LA 70009-5905 | -240.32 |
| 06/07/2007 | WCKW-FM | POST OFFICE BOX 5905 METAIRIE, LA 70009-5905 | -22.44 |
| 07/28/2005 | WELLS, JULIA | | -3.47 |
| 06/07/2007 | WELLS, JULIA | | -0.32 |
| 07/28/2005 | WILSON, MARK A | | -21.69 |
| 06/07/2007 | WILSON, MARK A | | -2.03 |
| 07/28/2005 | WINES UNLIMITED | POST OFFICE BOX 19091 NEW ORLEANS, LA 70179-0091 | -3.47 |

-$159,838.19