# United States Bankruptcy Court
## Eastern District of Louisiana

To: Lamar Callaway    Case Number: 99-13073

Debtor(s): SGSM Acquisition Co., LLC    Chapter: 11

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

- ☒ The federal tax id is required for Callaway Clean Sweep.

- ☒ A copy of claimant's social security card is required if proven that the claimant should receive the funds instead of Callaway Clean Sweep..

- ☒ Documentation for the original address at the time of deposit is required. (Ex. old electric bill, telephone bill or any document with the original address, etc.)

- ☒ Claimant must provide documentation proving why he believes that the funds should go to him and not to Callaway Clean Sweep.

- ☒ Claimant must provide documentation proving that he has authority to collect the funds on behalf of Callaway Clean Sweep.

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl Vogel
Deputy Clerk

Date: April 4, 2011