UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

SGSM ACQUISITION COMPANY, LLC

DEBTOR(S)

BANKRUPTCY NO.

99-13073

SECTION "A"
CHAPTER 11

## ORDER

Considering the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of Hagemeyer North America, Inc. **(P-1968)**;

The Court having reviewed the Motion and record herein, finding that the claimant failed to correct deficiencies referenced in the Notice of Deficiency issued by the Clerk's Office on August 6, 2012;

**IT IS ORDERED** that the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of Hagemeyer North America, Inc. is **DENIED without prejudice**. The claimant must provide the requested documentation upon the filing of a new motion or a motion to reconsider.

New Orleans, Louisiana, May 2, 2013

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                  Case No. 99-13073-EWM
SGSM Acquisition Company, LLC                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2        User: kl              Page 1 of 6              Date Rcvd: May 03, 2013
                            Form ID: pdf877       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2013.
3033590        Hagemeyer Distribution, Inc,    c/o Dilks & Knopik, LLC,    PO Box 2728,    Issaquah, WA 98027-0125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 053L-2            User: kl                  Page 2 of 6                   Date Rcvd: May 03, 2013
                                Form ID: pdf877           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2013 at the address(es) listed below:

        Adam B. Zuckerman    on behalf of Creditor    El Camino Resources, Ltd. azuckerman@bakerdonelson.com
        Al  Sarrat, Jr.    on behalf of Creditor Mindy  Massett asarrat@jacobssarrat.com
        Alan H. Goodman    on behalf of Defendant    Southwest Supermarkets, Inc. alan.goodman@bswllp.com, moorek@bswllp.com
        Alan H. Katz    on behalf of Defendant    Entergy Corporation dba Energy LP&L, dba Entergy G.S.U. dba Entergy NOPSI akatz@lockelord.com, chicagodocket@lockelord.com
        Alicia M. Bendana    on behalf of Creditor    Volvo Car Finance, Inc. abendana@lshah.com
        Brandon A. Brown    on behalf of Defendant    Capdeville Title Corporation bbrown@stewartrobbins.com, kheard@stewartrobbins.com;library@stewartrobbins.com
        Brian A. Ferrara    on behalf of Creditor    Sewerage and Water Board of New Orleans bferrara@swbno.org, mtyler@swbno.org
        Charles L. Stern    on behalf of Creditor    Crown Beverage Company , njene@steeglaw.com
        Charles L. Stern    on behalf of Creditor    Magnolia Marketing Company , njene@steeglaw.com
        Daniel L. Avant    on behalf of Defendant    Louisiana Fish Fry Products, LTD. davant@afllclaw.com, avandan@afllc.brcoxmail.com
        David F. Waguespack    on behalf of Creditor    Bilten, LLC waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
        Deborah Weisler Fallis    on behalf of Plaintiff    R. Patrick Sharp, III, Liquidation Agent fall6726@bellsouth.net
        Deborah Weisler Fallis    on behalf of Other Prof. R. Patrick Sharp, III fall6726@bellsouth.net
        Douglas S. Draper    on behalf of Creditor Committee    Unsecured Creditors Committee dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Douglas S. Draper    on behalf of Other Prof. R. Patrick Sharp, III dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Douglas S. Draper    on behalf of Plaintiff R. Patrick Sharp, III dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Douglas S. Draper    on behalf of Plaintiff    The Offical Comm. of Unsecured Creditors dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Douglas S. Draper    on behalf of Plaintiff    R. Patrick Sharp III, Liquidation Agent dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Douglas S. Draper    on behalf of Plaintiff    R. Patrick Sharp, III, Liquidation Agent dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com
        Elizabeth J. Futrell    on behalf of Interested Party    Suntory Water Group, Inc. efutrell@joneswalker.com, jmagallanes@joneswalker.com
        Elizabeth J. Futrell    on behalf of Defendant    Kohlberg & Co., L.L.C. efutrell@joneswalker.com, jmagallanes@joneswalker.com
        Elwood F. Cahill, Jr.    on behalf of Creditor    Anderson News Company ecahill@shergarner.com, rluminais@shergarner.com
        Elwood F. Cahill, Jr.    on behalf of Defendant    Anderson-GEMCO Gulf Coast aka Anderson News Company ecahill@shergarner.com, rluminais@shergarner.com
        Emile L. Turner, Jr.    on behalf of Defendant    Roy Walters Provisions Co., Inc. eltjr01@bellsouth.net
        Emily W. Toler    on behalf of Creditor    State of LA Department of Revenue & Tax etoler@rev.state.la.us
        Evan Park Howell, III    on behalf of Defendant    Elmer's Fine Foods, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        Evan Park Howell, III    on behalf of Creditor    Elmers Fine Foods, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        Evan Park Howell, III    on behalf of Defendant    Alpine Plastics, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        Evan Park Howell, III    on behalf of Defendant    Melerine's Electrical Services, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        Evan Park Howell, III    on behalf of Creditor    Alpine Plastic, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        Evan Park Howell, III    on behalf of Creditor    Merlerine's Electrical Services, Inc. evanhowell@cox.net, ephlawnotice@gmail.com
        G. Brice Jones    on behalf of Creditor Diana  Sevin office@joneslagarde.com, jacqui@joneslagarde.com
        G. Brice Jones    on behalf of Creditor Linda  Gremillion office@joneslagarde.com, jacqui@joneslagarde.com
        Gail A. Snakenberg    on behalf of Defendant    Greer Equipment Inc. gsnakenberg@bellsouth.net
        George D. Fagan    on behalf of Creditor    Kraft Pizza Company gfagan@leakeandersson.com, bburst@leakeandersson.com
        George D. Fagan    on behalf of Defendant    Kraft Pizza Company gfagan@leakeandersson.com, bburst@leakeandersson.com
        George D. Fagan    on behalf of Defendant    Nabisco, Inc. gfagan@leakeandersson.com, bburst@leakeandersson.com
        George H. Jones    on behalf of Creditor Calvin  Nunnery haskell438@hotmail.com
        Greta M. Brouphy    on behalf of Plaintiff    R. Patrick Sharp, III, Liquidation Agent gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com
        Greta M. Brouphy    on behalf of Plaintiff    R. Patrick Sharp III, Liquidation Agent gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com
        Greta M. Brouphy    on behalf of Other Prof. R. Patrick Sharp, III gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com
        Greta M. Brouphy    on behalf of Plaintiff R. Patrick Sharp, III gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com
        Greta M. Brouphy    on behalf of Debtor    SGSM Acquisition Company, LLC gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com

```
District/off: 053L-2                  User: kl                     Page 3 of 6                   Date Rcvd: May 03, 2013
                                      Form ID: pdf877              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Hansel M. Harlan    on behalf of Plaintiff    SGSM Acquisition Company, LLC Hansel@cox.net
        Harry R. Holladay    on behalf of Defendant    Cananwill, Inc. holladay@chaffe.com
        Harry R. Holladay    on behalf of Defendant    Aramark Uniform Corporation holladay@chaffe.com
        Harry R. Holladay    on behalf of Defendant    Louisiana Gas Service Company holladay@chaffe.com
        Harry R. Holladay    on behalf of Creditor    Cananwill, Inc. holladay@chaffe.com
        Harry R. Holladay    on behalf of Creditor    South Coast Real Estate holladay@chaffe.com
        J. David Forsyth    on behalf of Creditor    The Great Atlantic & Pacific Tea Co. Inc jdf@sessions-law.com
        J. David Forsyth    on behalf of Creditor    Hopelawn Property I, Inc. jdf@sessions-law.com
        J. David Forsyth    on behalf of Creditor    Super Fresh/ Sav-a-Center Inc. jdf@sessions-law.com
        J. David Forsyth    on behalf of Defendant    Robinson Lerer & Montgomery, LLC jdf@sessions-law.com
        J. Michael McBride    on behalf of Creditor    IBM Credit Corporation enotices@mcbridelegal.com
        James C. Butler    on behalf of Creditor    The Chase Manhattan Bank jbutler@lemle.com, mmontiville@lemle.com
        Jamie Dodds Cangelosi    on behalf of Plaintiff    R. Patrick Sharp, III, Liquidation Agent jcangelosi@flanaganpartners.com, erc@flanaganpartners.com;gheldner@flanaganpartners.com
        Jamie Dodds Cangelosi    on behalf of Defendant    Richmond Printing Co., Inc. jcangelosi@flanaganpartners.com, erc@flanaganpartners.com;gheldner@flanaganpartners.com
        Jamie Dodds Cangelosi    on behalf of Debtor    SGSM Acquisition Company, LLC jcangelosi@flanaganpartners.com, erc@flanaganpartners.com;gheldner@flanaganpartners.com
        Jamie Dodds Cangelosi    on behalf of Plaintiff R. Patrick Sharp, III jcangelosi@flanaganpartners.com, erc@flanaganpartners.com;gheldner@flanaganpartners.com
        Jamie Dodds Cangelosi    on behalf of Other Prof. R. Patrick Sharp, III jcangelosi@flanaganpartners.com, erc@flanaganpartners.com;gheldner@flanaganpartners.com
        Joseph H. LeBeau, III    on behalf of Defendant    GilsBar, Inc. jlebeau@mcglinchey.com
        Joseph H. LeBeau, III    on behalf of Creditor    Gilsbar, Inc. jlebeau@mcglinchey.com
        Joseph Neves Marcal, III    on behalf of Defendant    Vaucresson Sausage Co., Inc. jmarcal@nocoxmail.com
        Joseph Neves Marcal, III    on behalf of Creditor    Vaucresson Sausage Company, Inc. jmarcal@nocoxmail.com
        Leslie A. Collins    on behalf of Debtor    SGSM Acquisition Company, LLC lcollins@hellerdraper.com
        Linda Anne Faucheux    on behalf of Debtor    SGSM Acquisition Company, LLC laf.la@hotmail.com
        Linda Anne Faucheux    on behalf of Plaintiff R. Patrick Sharp, III laf.la@hotmail.com
        Linda Anne Faucheux    on behalf of Defendant    Zapp's International, LLC laf.la@hotmail.com
        Linda Anne Faucheux    on behalf of Plaintiff    R. Patrick Sharp, III, Liquidation Agent laf.la@hotmail.com
        Mark C. Landry    on behalf of Creditor    Schwegmann Bank & Trust Company mlandry@newmanmathis.com, faith@newmanmathis.com
        Marvic G. Thompson    on behalf of Defendant    Roy Walters Provisions Co., Inc. marvic@rozaslaw.com
        Mary S. Langston    on behalf of Defendant    American Greetings Corporation Mary.Langston@usdoj.gov
        Matthew Joseph Farley    on behalf of Creditor    Albertson's Inc. mfarley@kfplaw.com, trigney@kfplaw.com
        Michael J. Begoun    on behalf of Creditor James F. Solomon mbegoun@wbplaw.com, esimmons@wbplaw.com
        Michael L. Vincenzo    on behalf of Defendant    Concord Computing Corp. & Concord Equipment & Sales, Inc. mvincenzo@kingkrebs.com
        Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
        Omer F. Kuebel, III    on behalf of Creditor    Manhattan Boulevard Investors, LLC nobankecf@lockeliddell.com
        Omer F. Kuebel, III    on behalf of Creditor    Tchoupitoulas Investors, LLC nobankecf@lockeliddell.com
        Omer F. Kuebel, III    on behalf of Creditor    Airline Investors, LLC nobankecf@lockeliddell.com
        Omer F. Kuebel, III    on behalf of Defendant    El Camino Resources International, Inc. nobankecf@lockeliddell.com
        Omer F. Kuebel, III    on behalf of Creditor    Victory Developers, Inc. nobankecf@lockeliddell.com
        Paul Douglas Stewart, Jr.    on behalf of Defendant    Del Rey Enterprises, Inc. dstewart@stewartrobbins.com, jdelage@stewartrobbins.com;baltazan@stewartrobbins.com;library@stewartrobbins.com
        Peter L. Hilbert    on behalf of Defendant    Anderson-GEMCO Gulf Coast aka Anderson News Company philbert@shergarner.com
        R. Patrick Vance    on behalf of Defendant    Pilgrim Prime Rate Trust pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    Credit Agricole Indosuez pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    General Electric Capital Corporation pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    New York Branch pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    Hibernia Corporation pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    First Source Financial LLP pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    IBJ Whitehall Bank & Trust Company pvance@joneswalker.com, nwiebelt@joneswalker.com
        R. Patrick Vance    on behalf of Defendant    ML CLO XII Pilgrim America [Cayman] LTD pvance@joneswalker.com, nwiebelt@joneswalker.com
        Richard W. Martinez    on behalf of Defendant    JLH, LLC richard@rwmaplc.com, claire@rwmaplc.com

```
District/off: 053L-2          User: kl                   Page 4 of 6                   Date Rcvd: May 03, 2013
                              Form ID: pdf877            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Richard W. Martinez   on behalf of Interested Party   JLH, LLC richard@rwmaplc.com, claire@rwmaplc.com
      Richard W. Martinez   on behalf of Creditor   JLH., L.L.C. richard@rwmaplc.com, claire@rwmaplc.com
      Richard W. Martinez   on behalf of Creditor   JLH, LLC richard@rwmaplc.com, claire@rwmaplc.com
      Robert C. Gravolet   on behalf of Interested Party Office of the U.S. Trustee Robert.Gravolet@usdoj.gov, Adaline.L.Patterson@usdoj.gov
      Robert L. Marrero   on behalf of Creditor   Guy G. Schwegmann Trust marrero1035@bellsouth.net
      Robert L. Marrero   on behalf of Interested Party   Guy G. Schwegmann Trust No. 2 marrero1035@bellsouth.net
      Robin B. Cheatham   on behalf of Interested Party   MarketFare St. Claude, LLC cheathamrb@arlaw.com, vicki.owens@arlaw.com
      Robin B. Cheatham   on behalf of Interested Party   MarketFare N. Broad LLC cheathamrb@arlaw.com, vicki.owens@arlaw.com
      Robin B. Cheatham   on behalf of Interested Party   MarketFare Annunciation, LLC cheathamrb@arlaw.com, vicki.owens@arlaw.com
      Rudy J. Cerone   on behalf of Defendant   Gourmet Award Foods, Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Defendant   Cleco Corporation rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Creditor   Keebler Company rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Defendant   Keebler Company rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Defendant   Jefferson Bottling Company, Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Defendant   American Products Co. rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Defendant   Tree Of Life, Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com
      Rudy J. Cerone   on behalf of Creditor   National Tea Company rcerone@mcglinchey.com, lgraff@mcglinchey.com
      S. Ault Hootsell, III   on behalf of Plaintiff   SGSM Acquisition Company, LLC hootsela@phelps.com, crombiet@phelps.com
      S. Ault Hootsell, III   on behalf of Debtor   SGSM Acquisition Company, LLC hootsela@phelps.com, crombiet@phelps.com
      Stephen L. Williamson   on behalf of Defendant   Brownstein Hyatt Farber & Strick swilliamson@monbar.com, jscheeler@monbar.com
      Steven E. Adams   on behalf of Creditor   LA Department of Health & Hospitals sea2334@yahoo.com
      Stewart F. Peck   on behalf of Creditor   American Greetings Corporation speck@lawla.com, hstewart@lawla.com;treeves@lawla.com
      Stewart F. Peck   on behalf of Creditor   Marcello Distributors speck@lawla.com, hstewart@lawla.com;treeves@lawla.com
      Stewart F. Peck   on behalf of Defendant   Plus Mark, Inc. speck@lawla.com, hstewart@lawla.com;treeves@lawla.com
      Stewart F. Peck   on behalf of Defendant   American Greetings Corporation speck@lawla.com, hstewart@lawla.com;treeves@lawla.com
      Stewart F. Peck   on behalf of Creditor   Plus Mark, Inc. speck@lawla.com, hstewart@lawla.com;treeves@lawla.com
      Tammy M. Nick   on behalf of Creditor Mary Lou Elmer nicklawfirm@aol.com
      Thomas J. Lutkewitte   on behalf of Creditor   McKee Foods Corporation tlutkewitte@favretlaw.com
      Thomas M. Beh   on behalf of Defendant   Illinois Wholesale Cash Register, Inc. tbeh@elkinsplc.com, dpope@elkinsplc.com
      Tom W. Thornhill   on behalf of Creditor Mary Lou Elmer tom@thornhilllawfirm.com, christy@thornhilllawfirm.com;mitch@thornhilllawfirm.com;marcia@thornhilllawfirm.com
      Tristan E. Manthey   on behalf of Plaintiff   Official Committee of Unsecured Creditor tmanthey@hellerdraper.com, cnobles@hellerdraper.com;kfritscher@hellerdraper.com;lbush@hellerdraper.com
      W. Reed Smith   on behalf of Defendant   Elmer's Fine Foods, Inc. wrsmithjd@yahoo.com
      W. Reed Smith   on behalf of Defendant   Melerine's Electrical Services, Inc. wrsmithjd@yahoo.com
      W. Reed Smith   on behalf of Defendant   Alpine Plastics, Inc. wrsmithjd@yahoo.com
      Wilbur J. (Bill) Babin, Jr.   on behalf of Defendant   ATC/VANCOM, INC. dba Westside Transit Lines, Inc. attybabin@wjbabin.com
      William C. Gambel   on behalf of Creditor   G.H. Leidenheimer Baking Co., LTD pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Defendant   New Orleans Fish House, Inc. pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Creditor   Chalmette Electric Co., Inc. pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Plaintiff   Bernard's Cajun Crawfish, Inc. pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Defendant   Leidenheimer Baking Co., Ltd. G.H. pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Defendant   A.T. Patton & Co., Inc. pbarrere@millinglaw.com;rmoran@millinglaw.com
      William C. Gambel   on behalf of Plaintiff   Richmond Printing, Inc. pbarrere@millinglaw.com;rmoran@millinglaw.com

```
District/off: 053L-2                  User: kl                     Page 5 of 6                  Date Rcvd: May 03, 2013
                                      Form ID: pdf877              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              William C. Gambel    on behalf of Creditor   Deep South Blenders, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Deep South Blenders, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Patton Sausage Company, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Gulf Coast Building Services, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Richmond Printing Co., Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Louisiana Pride Seafood, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Patton Sausage Company, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Deep South Blenders, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Commerical Equipment Services, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Schexnayder's Acadian Foods, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Bernard Cajun Crawfish, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Chalmette Electric Co., Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  R. Patrick Sharp, III, Liquidation Agent
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Schnexnayder's Acadian Foods, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  G.H. Leidenheimer Baking Co., LTD
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Patton Sausage Company, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Schexnayder's Acadian Foods, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Gulf Coast Building Services Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Floor Equipment Service, Co.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  B.P.E., Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Gulf Coast Building Services, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Richmond Printing Company, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  New Orleans Fish House, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   New Orleans Fish House, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Louisiana Pride Seafood, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Plaintiff  Commercial Equipment Services, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   B.P.E., Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Creditor   Floor Equipment Services, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William C. Gambel    on behalf of Defendant  Louisiana Pride Seafood, Inc.
               pbarrere@millinglaw.com;rmoran@millinglaw.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Janice  Pellerin usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Randolph  Porter usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Horace  Collington
               usbcdocs@billcherbonnier.com, laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Maribel  Castro usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Jasmine  Jackson usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Staci  Harrison usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Lisa  Thiel usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Pamela  Mentor usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William G. Cherbonnier, Jr.    on behalf of Creditor Miriam  Navarro usbcdocs@billcherbonnier.com,
               laeb.docs@gmail.com
              William H. Patrick, III    on behalf of Plaintiff   Supervalu Holdings, Inc.
               wpatrick@hellerdraper.com
```

```
District/off: 053L-2          User: kl                    Page 6 of 6              Date Rcvd: May 03, 2013
                              Form ID: pdf877             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 173